NOURSE & BOWLES, LLP
Attorneys for Defendant
LOUIS DREYFUS ENERGY SERVICES L.P.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200
jpare@nb-ny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SWISS MARINE SERVICES S.A.,                         :
                                                    :
                    Plaintiff,                      :
                                                    :    08 Civ. 7981(LBS)
        - against -                                 :
                                                    :    **NOTICE OF MOTION**
LOUIS DREYFUS ENERGY SERVICES L.P.,                 :
                                                    :
                    Defendant.                      :
-----------------------------------------------------------X

Ladies and Gentlemen:

    PLEASE TAKE NOTICE that in accordance with Rule E(4)(f) of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure and on the annexed memorandum of law and affidavit of Armand M. Paré, Jr. and its attachments, and all pleadings and proceedings had herein, that defendant, Louis Dreyfus Energy Services L.P. ("LDES") will move this Court in Courtroom 15A on October 23, 2008 at 2:15 o'clock in the afternoon, or as soon thereafter as counsel may be heard, for an order vacating the order of attachment and any attachments in this case and for any other and further relief as may be just and proper. By agreement between

counsel, answering papers will be submitted by October 17, 2008 and reply papers, if any, by October 21.

Dated: New York, New York
       October 10, 2008

                          NOURSE & BOWLES, LLP
                          Attorneys for Defendant
                          LOUIS DREYFUS ENERGY SERVICES L.P.

                          By: _____
                          Armand M. Paré, Jr., Esq. (AP-8575)
                          One Exchange Plaza, At 55 Broadway
                          New York, NY  10006-3030
                          (212) 952-6200
                          jpare@nb-ny.com